**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YANETH LILIANA SOTO, | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:17-cv-2506 |
| | ) | |
| | ) | Hon. John Z. Lee |
| DENTAL IMAGE, LLC and | ) | |
| ABDUL MAJZOUB, individually, | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>STIPULATION OF DISMISSAL</u>**

Plaintiff and Defendants, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendants with prejudice.

Dated:

s/Carlos G. Becerra
Carlos G. Becerra
Becerra Law Group, LLC
11 E. Adams St., Suite 1401
Chicago, IL 60603
Phone: (312)957-9005
Email: cbecerra@law-rb.com
Attorney for Plaintiff

s/Edwin J. Belz
Edwin J. Belz
4407 N. Elston Ave.
Chicago, IL 60630
Phone: (773) 282-9129
Email: belzllc@yahoo.com
Attorney for Defendants